# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MELANIE ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-01401-JMS-TAB |
| | ) |
| RENAISSANCE RX, UTC LABORATORIES, L.L.C., TPG GROWTH, LLC, DR. TARUN JOLLY, BARRY GRIFFITH, PATRICK RIDGEWAY and DOUGLAS TERRY, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON JOINT STIPULATION OF DISMISSAL OF SOME CLAIMS AND DEFENDANTS WITHOUT PREJUDICE

The parties having filed their Joint Stipulation of Dismissal of Some Claims and Defendants Without Prejudice, and the Court having reviewed same, and being duly advised in the premises, now GRANTS the Stipulation.

IT IS THEREFORE ORDERED that all claims against defendants, Dr. Tarun Jolly, Barry Griffith, Patrick Ridgeway, Douglas Terry, and Renaissance RX contained in Plaintiff's Complaint for Damages be dismissed without prejudice.

IT IS ALSO ORDERED that Plaintiff's claim under the Indiana Anti-Kickback Statute, Ind. Code § 12-15-24-2, be dismissed in its entirety as to all defendants without prejudice. Except as expressly stated herein, all other claims and causes of actions shall remain pending.

SO ORDERED this 28th day of January, 2016.

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Douglas A. Welp
BAMBERGER FOREMAN OSWALD & HAHN
dwelp@bamberger.com

Daniel J. Gibson
DELK MCNALLY
gibson@delkmcnally.com

Jason R. Delk
DELK MCNALLY
delk@delkmcnally.com

Arie J. Lipinski
DELK MCNALLY LLP
lipinski@delkmcnally.com

Jenai M. Brackett
FROST BROWN TODD LLC
jbrackett@fbtlaw.com