## August 2014 Commission Statement*

RENAISSANCE RX

| | |
|---|---|
| Name | Melanie Adams |
| DM | Doug Terry |
| GM | Chris Graf |
| AVP | Ryan Dienst |
| TOX/DNA Commission Rate | 5.0% |

| | | TOX COLLECTED** | DNA COLLECTED** | Compounding | Commissions Due |
|---|---|---|---|---|---|
| **Accounts as Rep:** | | | | | |
| Melanie Adams | Achilles Podiatry Group | $ - | $ - | | $ - |
| Melanie Adams | John Woodall Family Practitioner | $ - | $ 10,146.52 | | $ 507.33 |
| Melanie Adams | Ladine Podiatry (Dr. Melanie Ladine) | $ - | $ 10,339.14 | | $ 516.96 |
| Melanie Adams | Vascular Center and Vein Clinic of Southern Indian | $ - | $ - | | $ - |
| **Compounding:** | | | | | |
| | See page 2 for detailed listing of scripts | | | $3,349 | $670 |
| | **TOTAL:** | **$0** | **$20,486** | **$3,349** | **$1,694** |

* Commissions on samples that were received 7/1 and after
** Collected on Samples received 7/1 and after

**EXHIBIT "4"**

## Renaissance RX Compounding Commission Statement

**Name: Melanie Adams**

DM: Doug Terry GM: Chris Graf AVP: Ryan Dienst

RENAISSANCE RX

**August 2014 Compounding Recap**

| | | Revenue | Volume |
|---|---|---|---|
| Completed: | $ | 3,550 | 3 |
| Less Medicare/CASH: | $ | (202) | -1 |
| Net Revenue: | $ | 3,349 | 2 |
| Commissions: | | $670 | |

**Total Completed**

| Sales Rep | Pay Method | Rx Number | Prescriber Full Name | Dispensed Item Name | Insurance | Refill/New | Date Written | Date Completed | Current Status | Revenue | Commission $ | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Melanie Adams | CASH/MCR | 1232724 | marsteller, scott | MTTLP 0.09/1/0.25,2/2% | Careplus D Human | Refill | 7/10/2014 | 8/28/2014 | Completed | $ 202 | $ - | 0% |
| Melanie Adams | Third party | 1233883 | marsteller, scott | melox0.09% (11391)/ tram0.25%/ topir1%/ lido2%/ prilo2% | Medco Medicare F | New | 8/12/2014 | 8/18/2014 | Completed | $ 3,143 | $ 629 | 20% |
| Melanie Adams | Third party | 1233884 | marsteller, scott | FLUR10% (R1-10470) / ORPHEN 6% / BAC 2% / CYCLO 2% /BUPIV 1% / CLONID 0.2% | catamaran | New | 8/12/2014 | 8/21/2014 | Completed | $ 205 | $ 41 | 20% |
| | | | | | | | TOTALS | | | $3,550 | $670 | 19% |

## September 2014 Commission Statement*

RENAISSANCE RX

| | |
|---|---|
| Name | Melanie Adams |
| DM | Doug Terry |
| GM | Chris Graf |
| AVP | Ryan Dienst |
| TOX/DNA Commission Rate | 5.0% |

| | | TOX COLLECTED** | DNA COLLECTED** | Compounding | Commissions Due | % |
|---|---|---|---|---|---|---|
| **Accounts as Rep:** | | | | | | |
| Melanie Adams | John Woodall Family Practitioner | $ - | $ 15,536.32 | | $ 776.82 | 5.00% |
| Melanie Adams | Achilles Podiatry Group | $ - | $ 1,706.90 | | $ 85.35 | 5.00% |
| Melanie Adams | Ladine Podiatry (Dr. Melanie Ladine) | $ - | $ 14,439.18 | | $ 721.96 | 5.00% |
| Melanie Adams | Vascular Center and Vein Clinic of Southern Indian | $ - | $ - | | $ - | |
| **Accounts as Manager:** | | | | | | |
| **Exceptions:** | | | | | | |
| **Adjustments:** | | | | | | |
| **Compounding:** | | | | | | |
| | See page 2 for detailed listing of scripts | | | $0 | $0 | |
| | TOTAL: | $0 | $31,682 | $0 | $1,584.12 | |

* Commissions on samples that were received 7/1 and after
** Collected on Samples received 7/1 and after

## Renaissance RX Compounding Commission Statement

**Name: Melanie Adams**

**DM: Doug Terry GM: Chris Graf AVP: Ryan Dienst**

RENAISSANCE RX

**September 2014 Compounding Recap**

| | Revenue | Volume |
|---|---|---|
| Completed: | $0.00 | 0 |
| Less Medicare/CASH: | $0.00 | 0 |
| Adjustments: | $0.00 | n/a |
| Net Revenue: | $0.00 | 0 |
| Commissions: | $0 | |

**Total Completed**

| Sales Rep | Pay Method | Rx Number | Prescriber Full Name | Dispensed Item Name | Insurance | Refill/New | Date Written | Date Completed | Current Status | Revenue | Commission $ | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TOTALS | | $0 | $0 | #DIV/0! |

## October 2014 Commission Statement*

| | |
|---|---|
| Name | Melanie Adams |
| DM | Doug Terry |
| GM | Chris Graf |
| AVP | Ryan Dienst |
| TOX/DNA Commission Rate | 5.0% |

| | | TOX COLLECTED** | DNA COLLECTED** | Compounding | Commissions Due | % |
|---|---|---|---|---|---|---|
| **Accounts as Rep:** | | | | | | |
| Carmen Wells | Martin Family Practice | $ - | $ 182.12 | | $ 9.11 | 5.00% |
| Michelle Miller | John Woodall Family Practitioner | $ - | $ 25,127.42 | | $ 1,256.37 | 5.00% |
| Michelle Miller | Achilles Podiatry Group | $ - | $ 5,006.32 | | $ 250.32 | 5.00% |
| Doug Terry | Ladine Podiatry (Dr. Melanie Ladine) | $ - | $ 14,975.02 | | $ 748.75 | 5.00% |
| **Accounts as Manager:** | | | | | | |
| **Exceptions:** | | | | | | |
| **Adjustments:** | | | | | | |
| **Compounding:** | | | | | | |
| | See page 2 for detailed listing of scripts | | | $0 | $0 | |
| | TOTAL: | $0 | $45,291 | $0 | $2,264.54 | |

* Commissions on samples that were received 7/1 and after

** Collected on Samples received 7/1 and after

**Renaissance RX Compounding Commission Statement**
**Name: Melanie Adams**
**DM: Doug Terry GM: Chris Graf AVP: Ryan Dienst**

RENAISSANCE RX

| October 2014 Compounding Recap | Revenue | Volume |
|---|---|---|
| Completed: | $0.00 | 0 |
| Less Medicare/CASH: | $0.00 | 0 |
| Adjustments: | $0.00 | n/a |
| Net Revenue: | $0.00 | 0 |
| Commissions: | $0 | |

**Total Completed**

| Sales Rep | Pay Method | Rx Number | Prescriber Full Name | Dispensed Item Name | Insurance | Refill/New | Date Written | Date Completed | Current Status | Revenue | Commission $ | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TOTALS | | $0 | $0 | #DIV/0! |